UNITED STATES DISTRICT COURT0
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

10.7 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, STATE OF CALIFORNIA, AND SOUTHERN CALIFORNIA EDISON, A CALIFORNIA CORPORATION, ET AL.

Defendants.

CASE NO. 1:18-cv-01295 LJO JLT

**ORDER DIRECTING CLERK OF THE COURT TO DEPOSIT FUNDS INTO COURT REGISTRY**

Upon motion of the Plaintiff, United States of America, for an Order to Deposit Funds representing the estimated just compensation in this eminent domain action into the Court Registry filed by Plaintiff United States of America, and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of the Court shall accept the deposit of Eighteen Million Dollars ($18,000,000.00) tendered by the United States, and shall deposit these funds into an interest bearing account under the terms and conditions set forth in Federal Rule of Civil Procedure 67 and Local Rule 150.

DATED: Sept 24, 2018

_____
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO DEPOSIT FUNDS         1