**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>10.7 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, STATE OF CALIFORNIA, AND SOUTHERN CALIFORNIA EDISON, ET AL.<br><br>Defendants. | CASE NO. 1:18-cv-01295-LJO-JTL<br><br>**ORDER FOR DELIVERY OF POSSESSION** |

This matter is before the Court on stipulation (Dkt. 10) of Plaintiff United States of America and Defendant Southern California Edison ("SCE"), for an Order delivering possession of the property condemned to the United States effective September 30, 2018 (the "Stipulation"). Upon consideration of the Stipulation, 40 U.S.C. § 3114, and other applicable statutes and rules, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**. All Defendants to this action and all persons in possession or control of the property described in the Complaint and Declaration of Taking in this case shall surrender possession of said property to the extent of the estate condemned, to the United States effective September 30, 2018.

**IT IS FURTHER ORDERED** that this Order shall be served upon counsel of record for SCE and all known persons in possession or control of said property forthwith. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **September 28, 2018**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION FOR POSSESSION          1