# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>10.7 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, STATE OF CALIFORNIA, AND SOUTHERN CALIFORNIA EDISON, ET AL.<br><br>Defendants. | CASE NO. 1:18-cv-01295-LJO-JLT<br><br>**ORDER CONTINUING THE SCHEDULING CONFERENCE 120 DAYS**<br>**(Doc. 20)** |

The parties have stipulated to stay this action to allow further settlement negotiations. Rather than stay the action, the Court will continue the scheduling conference, which has the same affect, until After April 2, 2019. Thus, the Court **ORDERS**:

1. The scheduling conference is **CONTINUED** to **April 24, 2019** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **December 4, 2018**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE