# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-cv-01295-LJO-JLT |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| 10.7 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, STATE OF CALIFORNIA, AND SOUTHERN CALIFORNIA EDISON, ET AL. | |
| Defendants. | |

Based upon the stipulation of the parties, the Court **GRANTS** the request to continue the scheduling conference. The scheduling conference is continued until July 12, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **April 9, 2019**           **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE