# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>10.7 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, STATE OF CALIFORNIA, AND SOUTHERN CALIFORNIA EDISON, ET AL.<br><br>Defendants. | CASE NO. 1:18-cv-01295-LJO-JTL<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Based upon the stipulation of the parties and for good cause shown, the Court **GRANTS** the stipulation and continues the scheduling conference to September 11, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**June 25, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                       UNITED STATES MAGISTRATE JUDGE