# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>10.7 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, STATE OF CALIFORNIA, AND SOUTHERN CALIFORNIA EDISON, ET AL.<br><br>Defendants. | CASE NO. 1:18-cv-01295-LJO-JTL<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br>**(Doc. 29)** |

The parties have stipulated to continue the scheduling conference to allow them to continue negotiations. (Doc. 29) Based thereon, the Court GRANTS the stipulation and **CONTINUES** it to **November 4, 2019** at 9:00 a.m. **The Court does not contemplate entertaining any further requests to continue the scheduling conference.**

IT IS SO ORDERED.

Dated: __**August 30, 2019**__ 　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE