# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>10.7 ACRES OF LAND MORE OR LESS SITUATED IN KERN COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01295 LJO JLT<br><br>ORDER TO HARRIS TRUST & SAVINGS BANK TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR ITS FAILURE TO RESPOND TO THE COMPLAINT AND TO COMPLY WITH THE COURT'S ORDERS |

　　　　The government initiated this case over a year ago, on September 21, 2018 (Doc. 1) The plaintiff served the summons and complaint on Harris Trust and Savings Bank on November 21, 2018 (Doc. 19). Despite this, this defendant has failed to answer the complaint or to disclaim and interest in the property. (Fed.R.Civ.P. 71.1(e)). Likewise, Harris Trust and Savings Bank has not participated in scheduling this case. At the scheduling conference, counsel for Southern California Edison reported he had a couple of conversations with the attorney for Harris Trust and Savings Bank, but this defendant has taken no action in this case.

　　　　This Court lacks the judicial resources to determine the rights of prospective claimants who have no interest in the property at issue. Thus, the Court **ORDERS:**

　　　　1.　　**<u>No later than November 22, 2019</u>**, defendant Harris Trust and Savings Bank **SHALL** show cause why sanctions, up to and including terminating sanctions, should not be imposed for the defendant's failure to respond to the complaint and comply with the Court's orders

1

to participate in scheduling this case (Doc. 8 at 2).  Alternatively, Harris Trust and Savings Bank may file a notice disclaiming any interest in the property.

2. The plaintiff **SHALL** serve this order by first class mail on Harris Trust and Savings Bank no later than November 6, 2019 and file proof of service at the same time.

IT IS SO ORDERED.

Dated: **November 4, 2019**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE